IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

v.

AARON MIRANDA-QUIROZ,

Defendant.

**8:26-CR-71**

**PRELIMINARY ORDER OF FORFEITURE**

This matter is before the Court upon the Government's Motion for Preliminary Order of Forfeiture. Filing 31. The Court has carefully reviewed the record in this case and finds as follows:

1. On September 16, 2026, the Court held a change of plea hearing whereby Aaron Miranda-Quiroz ("Miranda-Quiroz") entered a plea of guilty to Count I of the Indictment and admitted to the Forfeiture Allegation. Filing 24 (text minute entry); Filing 29.

2. Count I of the Indictment charged Miranda-Quiroz with felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8). Filing 1.

3. The Forfeiture Allegation sought forfeiture, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), of "any firearms, ammunition, and firearm accessories or attachments involved in the commission of the offense" include a Smith and Wesson 9mm semi-automatic pistol.

4. On June 5, 2026, the government filed a Bill of Particulars for Forfeiture of Property adding 8 Rounds FEDERAL Ammunition to the Forfeiture Allegation. Filing 14.

5. Based on the Defendant's guilty plea and admission, Defendant forfeits his interest in the Smith and Wesson 9mm semi-automatic pistol and 8 Rounds FEDERAL Ammunition, and the Government is entitled to possession of any interest Defendant has

in the Smith and Wesson 9mm semi-automatic pistol and 8 Rounds FEDERAL Ammunition, pursuant to 21 U.S.C. § 853.

6. The Government's Motion for Preliminary Order of Forfeiture is granted.

IT IS ORDERED:

1. The Government's Motion for Preliminary Order of Forfeiture, Filing 31, is granted.

2. Based upon the Forfeiture Allegation of the Indictment, Filing 1, and Defendant's guilty plea and admission, the Government is hereby authorized to seize the Smith and Wesson 9mm semi-automatic pistol and 8 Rounds FEDERAL Ammunition.

3. Defendant's interests in the Smith and Wesson 9mm semi-automatic pistol and 8 Rounds FEDERAL Ammunition, is hereby forfeited to the Government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4. The Smith and Wesson 9mm semi-automatic pistol and 8 Rounds FEDERAL Ammunition, is to be held by the Government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the Government shall publish for at least thirty consecutive days on an official internet Government forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture, notice of publication evidencing the Government 's intent to dispose of the Smith and Wesson 9mm semi-automatic pistol and 8 Rounds FEDERAL Ammunition, in such manner as the Attorney General may direct, and notice that any person, having or claiming a legal interest in the Smith and Wesson 9mm semi-automatic pistol and 8 Rounds FEDERAL Ammunition, must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the Smith and Wesson 9mm semi-automatic pistol and 8 Rounds FEDERAL Ammunition, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest

in the Smith and Wesson 9mm semi-automatic pistol and 8 Rounds FEDERAL Ammunition, and any additional facts supporting the Petitioner's claim and the relief sought.

7. The Government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the Smith and Wesson 9mm semi-automatic pistol and 8 Rounds FEDERAL Ammunition, as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 9th day of November, 2026.

BY THE COURT:

Brian C. Buescher
Chief United States District Judge